MORRIS CANAL AND BANKING COMPANY et al., appellants,

*v.*

DIAMOND MILLS PAPER COMPANY, respondents.

[Argued June 24th, 1907.   Decided November 18th, 1907.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Pitney, whose opinion is reported in *71 N. J. Eq.* (*1 Buch.*) *481.*

*Mr. Gilbert Collins* and *Mr. William H. Corbin,* for the appellants.

*Mr. Frederick T. Johnson,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Pitney.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, HENDRICKSON, PITNEY, SWAYZE, REED, TRENCHARD, BOGERT, VROOM, GREEN, GRAY, DILL—12.

*For reversal*—None.